IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NIC SALOMON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 3:15-CV-0666-M |
| | § | |
| KROENKE SPORTS & | § | |
| ENTERTAINMENT, LLC, OUTDOOR | § | |
| CHANNEL HOLDINGS, INC., and | § | |
| PACIFIC NORTHERN CAPITAL, LLC, | § | |
| | | |
| Defendants. | | |

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order dated August 12, 2016,

Plaintiff Nic Salomon failed to establish that he has Article III standing, prudential standing, or is

the real party in interest entitled to bring the claims asserted in this lawsuit. Therefore,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against

Defendants Kroenke Sports & Entertainment, LLC, Outdoor Channel Holdings, Inc., and Pacific

Northern Capital, LLC are **DISMISSED without prejudice** for lack of subject-matter jurisdiction,

pursuant to Fed. R. Civ. P. 12(b)(1). *Sepulvado v. La. Bd. of Pardons & Parole*, 114 Fed. Appx. 620,

621 (5th Cir. 2004) (per curiam).

All costs of court are taxed against Plaintiff.

**SO ORDERED.**

August 12, 2016.

BARBARA M. G. LYNN
CHIEF JUDGE