**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NIC SALOMON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KROENKE SPORTS & ENTERTAINMENT, LLC, OUTDOOR CHANNEL HOLDINGS, INC. AND PACIFIC NORTHERN CAPITAL LLC,<br><br>　　　　Defendants. | **Civil Action No. 3:15-CV-00666-M** |

**APPENDIX IN SUPPORT OF PLAINTIFF NIC SALOMON'S BRIEF IN OPPOSITION TO DEFENDANTS KROENKE SPORTS & ENTERTAINMENT, LLC AND OUTDOOR CHANNEL HOLDINGS, INC.'S MOTION PURSUANT TO FED. R. EVID. 702 TO EXCLUDE TESTIMONY OF KEVIN KREITZMAN AND REQUEST FOR HEARING**

| **Exhibit No.** | **App. No.** | **Document Description** |
|---|---|---|
| 1 | App.0001-5 | April 17, 2012 Non-Disclosure Agreement [Salomon000001-4] |
| 2 | App.0006-8 | September 28, 2012 preliminary Letter of Interest to Tim McQuay from Kelly R. Holowaty [004096-4097] |
| 3 | App.0009-29 | Excerpts of February 12, 2013 FORM DEFM14A Proxy Statement of Outdoor Channel Holdings Inc. Regarding Proposed Plan of Merger With InterMedia Outdoor Holdings, Inc. (Depo. Ex. 367) [KSE/OC:028348-28356, 28436-28446] |
| 4 | App.0030-36 | February 26, 2013 e-mail string, with attachments, from T. McQuay to J. Holowaty, K. Holowaty and N. Salomon re Revised PNC Term Sheet [KSE/OC:000240-245] |
| 5 | App.0037-43 | February 27, 2013 e-mail string, with attachments, from J. Holowaty to T. McQuay re signed Revised PNC Term Sheet [KSE/OC:000255-260] |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 1**

| 6 | App.0044-48 | February 26, 2013 Letter to T. McQuay re revised Term Sheet (Depo. Ex. 302) [KSE/OC:000947-950] |
|---|---|---|
| 7 | App.0049-53 | February 27, 2013 press release entitled: KSE Delivers Proposal to OUTD (Depo. Ex. 300) [KSE/OC030880-30883] |
| 8 | App.0054-55 | March 5, 2013 e-mail, with attachments, from T. McQuay to J. Holowaty, K. Holowaty and N. Salomon re Aerial cameras [KSE/OC:000273] |
| 9 | App.0056-59 | March 7, 2013 e-mail, with attachments, from T. Hornish to group of 18 individuals re press release [KSE/OC:000275-277] |
| 10 | App.0060-61 | March 15, 2013 e-mail string, with attachments, from J. Holowaty to T. McQuay re APA Comments [KSE/OC:000303] |
| 11 | App.0062-64 | March 18, 2013 e-mail string from T. McQuay to J. Holowaty, K. Holowaty and N. Salomon re Outdoor Channel's responses to your markup of the APA [KSE/OC:000367-368] |
| 12 | App.0065-67 | March 21, 2013 letter amendment to Pacific Northern Capital [KSE/OC:028341-28342] |
| 13 | App.0068-70 | March 21, 2013 e-mail string from J. Martin to D. Gluck re Outdoor (Depo. Ex. 305) [KSE/OC:052782-52783] |
| 14 | App.0071-75 | Review, Analysis and Recommendation Re Aerial Camera Business (Depo. Ex. 306) [KSE/OC:000608-611] |
| 15 | App.0076-78 | March 25, 2013 e-mail string from J. Holowaty to N. Salomon re Update [Salomon000067-68] |
| 16 | App.0079-81 | March 27, 2013 e-mail string from T. McQuay to F. Penafiel, R. Campbell, C. Lee and T. Hornish re Follow Up Executed LOI [KSE/OC:061353-61354] |
| 17 | App.0082-85 | April 15, 2013 e-mail string from N. Salomon to J. Holowaty re Amendment to PNC LOI-3-21-13 [Salomon002316-18] |
| 18 | App.0086-95 | April 30, 2013 e-mail string from T. Hornish to D. Gluck re Skycam product approval request for PICO (Depo. Ex. 311) [KSE/OC:052812-52819] |
| 19 | App.0096-99 | May 17, 2013 e-mail, with attachments, from K. Hopkins to C. Lee, R. Brown, T. Allen and T. Hornish re Kroenke Acquisition press release cross time (Depo. Ex. 348) [KSE/OC:062208-62210] |
| 20 | App.0100-104 | May 17, 2013 e-mail, with attachments, from N. Salomon to D. Gluck re NFL/SKYCAM – Confidential Executive Summary (Depo. Ex. 314) [KSE/OC:00413-416] |

| 21 | App.0105-116 | July 3, 2013 e-mail string, with attachments, from B. Glazer to S. Long re Aerial Camera Business (Depo. Ex. 351) [KSE/OC:031070-31080] |
|---|---|---|
| 22 | App.0117-122 | August 6, 2013 e-mail, with attachments, from N. Salomon to J. Martin, J. Liberatore, and D. Gluck (Depo. Ex. 333) [KSE/OC:052705-52709] |
| 23 | App.0123-137 | December 18, 2017 Answers of Kroenke Sports & Entertainment, LLC to Plaintiff Nick Salomon's First Set of Interrogatories |
| 24 | App.0138-140 | November 15, 2012 OUTD Disclosure Schedule [KSE/OC:029563 and KSE/OC:029654] |
| 25 | App.0141-143 | March 22, 2013 e-mail string from T. Allen to T. Hornish re Deferred Revenues – ESPN (Depo. Ex. 343) [KSE/OC:043020-43021] |
| 26 | App.0144-201 | September 14, 2018 Expert Report of Kevin Kreitzman, MBA |
| 27 | App.0202-241 | October 12, 2018 Rebuttal Expert Report of Karyl M. Van Tassel, CPA |
| 28 | App.0242-251 | October 31, 2018 Answers of Kroenke Sports & Entertainment, LLC and Outdoor Channel Holdings, Inc. to Plaintiff Nic Salomon's Written Deposition Questions |
| 29 | App.0252-300 | Excerpts from the transcript of deposition of David Gluck, taken on August 22, 2018 |
| 30 | App.0301-355 | Excerpts from the transcript of deposition of James Martin, taken on August 30, 2018 |
| 31 | App.0356-362 | Excerpts from transcript of deposition of Scott M. Long, taken on September 5, 2018 |
| 32 | App.0363-369 | Declaration of Nic Salomon |
| 33 | App.0370-375 | Declaration of Ahmed Ibrahim |

Respectfully submitted,

Dated: December 7, 2018   By:   /s/ Ahmed Ibrahim
Michael J. Avenatti (*admitted Pro Hac Vice)*
CA Bar Number 206929
Ahmed Ibrahim (*admitted Pro Hac Vice*)
CA Bar Number: 238739
AVENATTI LLP

Page 3

**Appendix In Support of Plaintiff's Brief In
Opposition to Motion to Exclude Testimony of Kevin Kreitzman**

520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Email: mavenatti@eaganavenatti.com
       aibrahim@eaganavenatti.com
and

MAURICE WUTSCHER LLP
Keith Wier, Esq. State Bar No. 21436100
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75035
Tel: (469) 375-6792
Email: kwier@mauricewutscher.com
ATTORNEYS FOR PLAINTIFF NIC SALOMON

**Page 4**

**Appendix In Support of Plaintiff's Brief In**
**Opposition to Motion to Exclude Testimony of Kevin Kreitzman**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this filed pleading is being served upon all counsel of record through the Court's ECF delivery system, as provided by the Local Rules at or shortly after the time and date of filing.

Dated: December 7, 2018

/s/ Ahmed Ibrahim
Michael J. Avenatti (*admitted Pro Hac Vice*)
CA Bar Number 206929
Ahmed Ibrahim (*admitted Pro Hac Vice*)
CA Bar Number: 238739
AVENATTI LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Email: mavenatti@eaganavenatti.com
aibrahim@eaganavenatti.com