**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| NIC SALOMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-cv-0666-M |
| | § | |
| KROENKE SPORTS & ENTERTAINMENT, | § | |
| LLC, OUTDOOR CHANNEL HOLDINGS, | § | |
| INC. AND PACIFIC NORTHERN CAPITAL | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**FINAL JUDGMENT**

In accordance with the Court's Order granting Defendants Kroenke Sports &

Entertainment, LLC, and Outdoor Channel Holdings, Inc.'s Motion for Summary Judgment, it is

ORDERED, ADJUDGED, and DECREED that Plaintiff Nic Salomon's claims against

Defendants Kroenke Sports & Entertainment, LLC, and Outdoor Channel Holdings, Inc. are

DISMISSED WITH PREJUDICE.  Costs of Court are taxed against Plaintiff.

**SO ORDERED**.

February 27, 2019.

BARBARA M. G. LYNN
CHIEF JUDGE