**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| NIC SALOMON,<br><br>  Plaintiff,<br><br>  vs.<br><br>KROENKE SPORTS & ENTERTAINMENT, LLC, OUTDOOR CHANNEL HOLDINGS, INC. AND PACIFIC NORTHERN CAPITAL LLC,<br><br>  Defendants. | Civil Action No. 3:15-CV-00666-M |

**ORDER**

On February 27, 2019, the Court entered a Sealed Order, granting summary judgment for Defendants Outdoor Channel Holdings, Inc. and Kroenke Sports & Entertainment, LLC, among other things. (ECF No. 280). The Court instructed the parties to file, by March 7, 2019, a motion to seal any portion of the Sealed Order that they believed should be permanently sealed. No party filed a motion to seal by the deadline. The Clerk is therefore directed to unseal the Court's Order of February 27, 2019 (ECF No. 280).

**SO ORDERED**.

March 11, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE